IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA, SHREVEPORT DIVISION

| GLENN FORD, | ) | |
|---|---|---|
| | ) | Case No. 5:15-cv-544 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge S. Maurice Hicks |
| | ) | Magistrate Judge Hayes |
| CADDO PARISH, et. al., | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S MOTION TO SUBSTITUTE

Andrea Armstrong, in her capacity as Executrix of the Estate of Glenn Ford, by and through her attorneys, under Rule 25(a)(1), moves for leave to substitute as Plaintiff in this case. In support, Andrea Armstrong states as follows:

1.  On June 29, 2015, Plaintiff Glenn Ford died. *See* Doc. No. 77 (suggestion of death).

2.  On July 31, 2015, the Civil District Court for the Parish of Orleans appointed attorney Andrea Armstrong to be the Executrix of the Estate of Glenn Ford. *See* Attached Letters of Independent Executorship in Succession of Glenn S. Ford, Sr, 15-7361.

3.  As the decedent's legal representative, Andrea Armstrong has standing to bring this motion under Rule 25(a)(1) and to proceed with the decedent's claims against Defendants.

WHEREFORE, Andrea Armstrong, in her capacity as Executrix of the Estate of Glenn Ford, Sr., respectfully requests that this Court grant her leave to substitute as Plaintiff in this case.

Dated: August 13, 2015

/s/ Mummi Ibrahim
Mummi Ibrahim, Louisiana Bar No. 34200
Ibrahim & Associates, LLC
4164 Canal Street
New Orleans, LA 70119
(504) 327-5289
mibrahim@iandalaw.com


/s/ Mark Loevy-Reyes
Mark Loevy-Reyes, Illinois Bar No. 6209841
Loevy & Loevy
312 N. May Street
Chicago, IL 60607
(312) 243-5900
mark@loevy.com
Admitted to this Court pro hac vice

Attorneys for Plaintiff Glenn Ford

**Certificate of Out-of-State Attorney Mark Loevy-Reyes**

I, Mark Loevy-Reyes, an attorney admitted *pro hac vice*, declare and certify as follows:

1. On August 10, 2015, I e-mailed counsel for the Defendants to ask if they consented to the attached Motion to Substitute.

2. I have heard from counsel for Defendants City of Shreveport, Ashley, Alderman, Pittman, and Rushing that those Defendants do not oppose this motion. I have not heard from the remaining Defendants' counsel.

I swear under penalty of perjury that the foregoing is true and correct.

Dated: August 13, 2015

**/s/ Mark Loevy-Reyes**

## CERTIFICATE OF SERVICE

I, Mark Loevy-Reyes, an attorney, hereby certify that on August 13, 2015, I filed the foregoing to Motion to Substitute using the Court's CM/ECF system, which effected service on all counsel of record.

                                          Respectfully Submitted,

                                          <u>/s/ Mark Loevy-Reyes</u>
                                          One of Plaintiff's Attorneys