FILED

2015 JUL 31 P 3:

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 15-7361                                 DIVISION " "

SUCCESSION OF GLENN S. FORD, SR.
(A/K/A GLEN S. FORD, SR.)

FILED: _____        _____
                                                                          DEPUTY CLERK

### LETTERS OF INDEPENDENT EXECUTORSHIP

BE IT KNOWN:

That Andrea Armstrong has been named, appointed and confirmed as Independent Executrix of the Last Will and Testament of the late Glenn S. Ford, Sr., and, having complied with all legal requirements relative thereto, she is fully qualified, authorized and empowered to collect all property of said deceased, and to perform all other lawful acts as Independent Executrix pursuant to LSA-C.C.P. Art. 3396.15, without the necessity of delay for objection to, or any action in or by this Honorable Court.

WITNESS our hand and the Seal of said Court, at the City of New Orleans, this 31st day of July, 2015.

_____
JUDGE     Sidney H. Cates, IV

_____
DEPUTY CLERK

A TRUE COPY

_____
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA.