IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA, SHREVEPORT DIVISION

| | | |
|---|---|---|
| GLENN FORD, | ) | |
| | ) | Case No. 5:15-cv-544 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge S. Maurice Hicks |
| | ) | Magistrate Judge Hayes |
| CADDO PARISH, et. al., | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff's Motion to substitute party is granted. Andrea Armstrong, in her capacity as Executrix of the Estate of Glenn Ford is substituted as plaintiff in this matter. The Clerk is directed to correct the docket to reflect Andrea Armstrong as plaintiff in this case.

So ORDERED this _____ day of _____, 2015.

_____