UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **GLENN FORD** | **CASE NO. 5:15-CV-00544** |
| **VERSUS** | **CHIEF JUDGE HICKS** |
| **DISTRICT ATTORNEY CADDO PARISH ET AL** | **MAGISTRATE JUDGE KAREN L. HAYES** |

**O R D E R**

    1. Scheduling Conference. A Fed.R.Civ.P. 16(b) scheduling conference will be held via telephone on 2/15/2018 at 10:00 a.m. before the undersigned magistrate judge. Counsel for plaintiff shall initiate the conference call to include counsel for all parties and the undersigned at (318) 388-6036.

    2. Rule 26 Meeting. By 2/1/2018, the trial attorneys for each party shall meet, in person or by telephone, to develop a case management report and discuss the issues listed in Fed.R.Civ.P. 26(f). A party may not seek discovery before the Rule 26(f) meeting unless there is an agreement of the parties or order of the court permitting the discovery. Fed.R.Civ.P. 26(d).

    3. Case Management Report & Initial Disclosures. By 2/8/2018 the parties must (1) *file* the case management report in the format available at http://www.lawd.uscourts.gov/attachments-civil-scheduling-order-judge-hicks and (2) exchange the initial disclosures required by Fed.R.Civ.P. 26(a)(1).

    4. Responsibility of Trial Attorney. The trial attorney for each party shall attend the Rule 16(b) scheduling conference. Any attorney that has a preexisting conflict with the conference setting shall promptly arrange a mutually agreeable alternative date with all other counsel and the court.

    THUS DONE in Chambers on this __9th__ day of __January__, 2018.

Karen L. Hayes
United States Magistrate Judge