IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **Glenn Ford,** | § | |
| | § | |
| **Plaintiff** | § | Civil Action No. 5:15-cv-00544 |
| v. | § | |
| | § | |
| **Caddo Parish District Attorney's Office** | § | |
| **Former District Attorney Paul Carmouche,** | § | |
| **Current District Attorney Charles R. Scott,** | § | |
| **Assistant District Attorney A. Marty Stroud** | § | |
| **Assistant District Attorney Carey T. Schimpf** | § | |
| **Dr. George McCormick, City of Shreveport** | § | |
| **Detective Don Ashley, Detective Gary Alderman** | § | |
| **Detective Pittman, Detective Rushing,** | § | |
| **Police Does 1 – 10,** | § | |
| **and ABC Insurance Companies 1 – 10,** | § | |
| **Defendants** | | |

## DEFENDANTS, DON ASHLEY, GARY ALDERMAN, GARY PITTMAN, EVERETT T. RUSHING, BILLY LOCKWOOD, FRANK DATCHER, GLYNN MITCHELL, AND RODNEY PRICE, MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO RULE 12(c)

NOW COMES, through undersigned counsel, Defendants, DON ASHLEY, GARY ALDERMAN, GARY PITTMAN, EVERETT T. RUSHING, BILLY LOCKWOOD, FRANK DATCHER, GLYNN MITCHELL, and RODNEY PRICE, who move to dismiss Plaintiff's claims pursuant to Rule 12(c) as follows:

1.

Plaintiff complains that in 1984 Glenn Ford was wrongly convicted of murder. The Defendants in the proceeding include former police officers Don Ashley, Gary Alderman, Gary Pittman, Everett T. Rushing, Billy Lockwood, Frank Datcher, Glynn Mitchell, and Rodney Price. Plaintiff mentions only four of the eight defendants by name, and refers to all of the above as "the law

enforcement defendants." Plaintiff also included as a Defendant the Coroner and the Caddo Parish District Attorney.

2.

Plaintiff makes allegations that are primarily directed to all defendants in globo, and with few exceptions makes only conclusory allegations. Even accepting Plaintiff's well-pleaded allegations as true, Plaintiff has not stated a claim against the defendants, who are entitled to qualified immunity.

3.

Defendants submit that Plaintiff's claims against the Defendants should be dismissed pursuant to Rule 12(c) against each of those Defendants individually.

WHEREFORE, Defendants, DON ASHLEY, GARY ALDERMAN, GARY PITTMAN, EVERETT T. RUSHING, BILLY LOCKWOOD, FRANK DATCHER, GLYNN MITCHELL, and RODNEY. PRICE, pray for an order dismissing Plaintiff's Amended Complaint against these Defendants.

Respectfully submitted,

PETTIETTE, ARMAND, DUNKELMAN,
WOODLEY, BYRD & CROMWELL, L.L.P.

s/ Edwin H. Byrd, III
Edwin H. Byrd, III, #19509
Zachary A. Wilkes, #36730
400 Texas Street, Ste. 400
Shreveport, LA 71101
Telephone: (318) 221-1800

Attorneys for Don Ashley, Gary Alderman, Gary Pittman, Everett T. Rushing, Billy Lockwood, Frank Datcher, Glynn Mitchell and Rodney Price

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing Motion was this date been served upon all counsel of record through electronic transmittal via the Court's ECF system.

Shreveport, Louisiana, this 27th day of March, 2019.

s/ Edwin H. Byrd, III
OF COUNSEL
